FILED
April 30, 2024
KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

# United States Court of Appeals for the Fifth Circuit

No. 23-10780
Summary Calendar

United States Court of Appeals
Fifth Circuit
**FILED**
April 8, 2024
Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee,*

versus

Alam Sepulveda Caraballo,

*Defendant—Appellant.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CR-10-1

_____

Before Willett, Duncan, and Ramirez, *Circuit Judges.*

Per Curiam:[*]

    The attorney appointed to represent Alam Sepulveda Caraballo has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Caraballo has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

_____

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 23-10780

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.